BRENDAN CONROY Bar No. 114726
Attorney at Law
255 Kansas St. Ste. 514
San Francisco CA 94103

Telephone: 415-565-9600

Attorney for Defendant
MATSUOKA

**FILED**

FEB 1 6 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 3-06-70641-MAG |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE MODIFICATION OF RELEASE CONDITIONS** |
| v. | |
| IRENE MATSUOKA, et al, | |
| Defendants. / | |

The parties hereby stipulate to the following modification of defendant MATSUOKA'S release conditions: Defendant is permitted to travel to UC-Davis in Davis, California on February 20-21 for the purpose of obtaining veterinary care for her pet.

Date 2-16-07

/s/
BRENDAN CONROY
Attorney for Defendant
MATSUOKA

/s/
THOMAS P. MAZZUCCO
Assistant United States Attorney

1

IT IS SO ORDERED.

Defendant MATSUOKA'S release conditions are modified as follows: Defendant is permitted to travel to UC-Davis in Davis, California on February 20-21 for the purpose of obtaining veterinary care for her pet.

Date 2-16-07

MARIA-ELENA JAMES
U.S. District Court Magistrate

2

**DECLARATION OF COUNSEL**

I, the undersigned, state:

I am an attorney licensed to practice law in the State of California and am appointed counsel for Defendant herein.

The Defendant wishes to travel to UC-Davis in Davis, California on February 20-21 to obtain veterinary care for her pet. The surgical procedure necessary for the pet is best obtained at UC-Davis, and, since it is a teaching facility, is cost effective for the Defendant.

I have spoken to AUSA Thomas Mazzucco regarding this request, and he has no objection to this modification.

I have spoken to Betty Kim of Federal Pretrial Services, and she has no objection to this modification.

I declare under penalty of perjury that the foregoing is true and correct of my own knowledge except as to those matters stated upon information and belief, and as to those matters, I declare that I believe them to be true and correct, and that this declaration was executed on February 15, 2007 at San Francisco, California.

BRENDAN CONROY
Attorney for Defendant

-1-