```
1  BRENDAN CONROY Bar No. 114726
   Attorney at Law
2  255 Kansas St. Ste. 514
   San Francisco CA 94103
3
   Telephone: 415-565-9600
4
   Attorney for Defendant
5  MATSUOKA
```

**FILED**

FEB 1 6 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 3-06-70641-MAG |
| Plaintiff, | [~~PROPOSED~~] ORDER RE MODIFICATION OF RELEASE CONDITIONS |
| v. | |
| IRENE MATSUOKA, et al, | |
| Defendants. | |

GOOD CAUSE APPEARING, defendant MATSUOKA'S release conditions are modified as follows: Defendant is permitted to travel to UC-Davis in Davis, California on February 20-21 for the purpose of obtaining veterinary care for her pet.

Date 2-16-07

_____
MARIA-ELENA JAMES
U.S. District Court Magistrate

1