1  BRENDAN CONROY Bar No. 114726
   Attorney at Law
2  255 Kansas St. Ste. 514
   San Francisco CA 94103
3
   Telephone: 415-565-9600
4
   Attorney for Defendant
5  MATSUOKA

6

FILED
OCT X 4 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

7                UNITED STATES DISTRICT COURT

8                NORTHERN DISTRICT OF CALIFORNIA

9                    SAN FRANCISCO DIVISION

10 UNITED STATES OF AMERICA,          NO. 3-06-70641-MAG

11         Plaintiff,                 STIPULATION AND [PROPOSED]
                                      ORDER RE MODIFICATION OF
12    v.                              RELEASE CONDITIONS

13 IRENE MATSUOKA, et al,

14         Defendants.
   _____/
15
        The undersigned parties hereby stipulate that defendant IRENE
16
   MATSUOKA's release conditions be modified as follows: Defendant will
17
   no longer be supervised by Pretrial Services, and all travel
18
   restrictions are hereby lifted. All other conditions of her release
19
   on her personal surety bond remain in effect.
20
   Date 10/3/07
21

22 _/S/_____
   BRENDAN CONROY
23 Attorney for Defendant
   MATSUOKA
24

25 _/S/_____
   THOMAS P. MAZZUCCO
26 Assistant United States Attorney

27

28                               1

Defendant IRENE MATSUOKA'S release conditions are modified as follows:

1. Defendant will no longer be supervised by Pretrial Services;
2. All travel restrictions are removed.

Defendant is to comply with all other conditions of release imposed at the time of her execution of her personal surety bond.

SO ORDERED

Date 10/4/07

_____
U.S. District Court Magistrate

Nandor J. Vadas
United States Magistrate Judge

2