```
BRENDAN CONROY Bar No. 114726
Attorney at Law
255 Kansas St. Ste. 514
San Francisco CA 94103

Telephone: 415-565-9600

Attorney for Defendant
MATSUOKA
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 3-06-70641-MAG |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE RETURN OF PASSPORT** |
| v. | |
| IRENE MATSUOKA, et al, | |
| Defendants. | |

The parties hereby stipulate that the United States passport of IRENE MATSUOKA in the possession of Pretrial Services may be released to defendant MATSUOKA as this matter has been dismissed.

Date_____

/S/_____
BRENDAN CONROY
Attorney for Defendant
MATSUOKA

/S/_____
THOMAS P. MAZZUCCO
Assistant United States Attorney

1

GOOD CAUSE APPEARING, defendant IRENE MATSUOKA'S United States passport may be released to her by Pretrial Services.

Date  March 27, 2008

*Elijah D. Laporte*

U.S. District Court Magistrate

2